JEANNE E. SCHERER, Chief Counsel
JEFFREY R. BENOWITZ, Deputy Chief Counsel
GLENN B. MUELLER, Assistant Chief Counsel
JOHN FREDERICK SMITH, Assistant Chief Counsel
JULIE E. SAAKE, Deputy Attorney (SBN 106261)
julie.saake@dot.ca.gov
State of California, Department of Transportation
Legal Division
4050 Taylor St. MS130
San Diego, CA 92110
Tel: (619) 688-2531/Fax: (619) 688-6905

E-FILED 3/14/16
LINK #175
TERM #176
JS-6

Attorneys for Plaintiff THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Department of Transportation

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the DEPARTMENT OF TRANSPORTATION,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN W. L. WINDLE, et al.,<br><br>Defendants. | Case No. 2:14–cv–9643 PSG (JCx)<br><br>Judge: Hon. Philip S. Gutierrez<br>Courtroom: 880 - Roybal<br><br>SETTLEMENT AGREEMENT + STIPULATED JUDGMENT IN CONDEMNATION |

It appearing to the court that plaintiff The People of the State of California, acting by and through the Department of Transportation (State), and defendants John W. L. Windle (Windle), Bank of New York Mellon Trust Company, N.A. (Bank), United States of America (USA), and Belinda Cook (collectively the "Parties") having stipulated that judgment in condemnation as set forth herein may be entered, and it further appearing to be a proper case:

1. **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the total amount of compensation to be paid for the condemnation and taking of the property described in the eminent domain complaint on file in this action and designated as Parcel No. 77794-1, -2, -3, -4, -5, -6, -7, -8, -9, -10, 01-01, and -01-02 (hereinafter Parcel No. 77794), and the loss of goodwill to the business operated on the property, is $3,449,135.77 ( Dollars), inclusive of interest, costs, and attorney's fees, payable as follows:

    a. The sum of $124,135.77 (One Hundred Twenty-Four Thousand One Hundred Thirty-Five Dollars and Seventy-Seven Cents) was previously withdrawn by the Los Angeles County Treasurer and Tax Collector from the deposit of probable compensation made by the State into the Condemnation Deposits Fund for Parcel No. 77794, and is credited against the total compensation to be paid, as described above; and

    b. The sum of $200,000.00 to John E. L. Windle.

    c. The sum of $2,775,000.00 to the Bank of New York Mellon.

    d. The sum of $350,000.00 to the SBA.

2. **ITS IS FURTEHR ORDERED, ADJUDGED, AND DECREED** that defendant Belinda Cook shall take nothing and all interests of said defendant, or any person or entity who derives from said defendant, in the property or the compensation being paid in this proceeding, are hereby terminated;

3. **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that each Party each shall bear its own attorney's fees, litigation expenses, and costs;

2

4. **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that upon full payment of the above-referenced compensation, Parcel No. 77794, including all improvements thereon and therein, shall be condemned to the State as against all defendants, for state highway purposes, in fee simple absolute, and all interests of all defendants in and to said property shall be terminated;

5. **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that defendants First American Title Insurance Company, a California corporation; Chicago Title Company, a California corporation; Chevron U.S.A. Inc., a Pennsylvania corporation; and State of California, acting by and through the Board of Equalization; having disclaimed any interest in the property or the compensation to be awarded, all interests of said defendants in Parcel No. 77794 are hereby terminated;

6. **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the payment of the compensation specified in Paragraph 1, is for the condemnation and taking of the defendants' real estate, interests in real estate, improvements, furniture, fixtures, equipment, loss of business goodwill, business damages, and all damages of every kind suffered, or to be suffered, by reason of the State's acquisition of Parcel 77794, and the construction, operation, and use of the project in the manner proposed, and extinguishes all of defendants' claims in this action, and all claims which said defendants could have brought in this action, including but not limited to, claims for attorney's fees, litigation expenses, precondemnation damages, inverse condemnation, and all other damages and claims relating to this action;

7. **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the use for which Parcel No. 77794 is sought to be condemned, for state highway purposes, is authorized by law and is a public use, and that the taking in condemnation is necessary for that public use;

8. **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that upon full payment of the amount referred to herein, the Parties waive the right to trial, trial, hearing on the issues, the making and filing of a statement of decision, the right to move for a new trial, notice of the entry of judgment, and the right to appeal concerning the entry of this judgment in condemnation and the terms thereof, the State shall be entitled to this Court's making of a Final Order of Condemnation;

9. **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the STATE having taken possession of Parcel No. 77794, on August 31, 2015, all taxes, assessments, penalties and costs which are a lien on said Parcel, and which are apportioned to that portion of the fiscal year after said date are hereby cancelled pursuant to sections 5081 et seq. of the Revenue and Taxation Code.

**IT IS SO ORDERED.**

Dated: 3/14/16

*/s/ Philip S. Gutierrez*

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

*/s/ Julie E. Saale* 3-9-16
Julie E. Saale, Deputy Attorney
Atty for Plaintiff State of CA

Bank of New York Mellon
by Ciena Capital Funding, LLC.
as servicer
3-9-16
*/s/ Daniel Zellers*
Daniel Zellers
Vice President

Agreed 3-9-16
*/s/ John Windle*
JOHN Windle

Approved as to content
3-9-16
*/s/ Jeffrey S. Bemis*
JEFFREY S. BEMIS
ATTORNEY FOR
JOHN WINDLE

U.S. Small Business Administration
*/s/ Dace S. Pavlouskis*
Dace S. Pavlouskis 3-9-16
Managing Attorney
So Cal Legal Unit

4

ADDENDUM

b. John Windle at
2942 INDUSTRY STREET
STE. A.
OCEANSIDE
CA 92054

*J. Windle*
JOHN WINDLE
3/8/16.

c. Crena Capital Funding, LLC
c/o Snell & Wilmer L.L.P.
Attn: Sean M. Sherlock
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689

d. United States of America
U.S. Attorney's Office
300 N. Los Angeles Street #7516
Los Angeles CA 90012